Beverly McNAMAR (Schmidt),
Appellant,

v.

Commissioner of Social Security,
Michael J. ASTRUE,
Appellee.

No. 11–1267.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 28, 2011.

Filed: Aug. 2, 2011.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Beverly McNamar (Schmidt) appeals the district court's [1] adverse grant of summary judgment in an action she brought under 42 U.S.C. § 405(g). Upon careful review of the record, *see Montin v. Estate of Johnson,* 636 F.3d 409, 412 (8th Cir.2011), we find no basis for overturning the district court's well-reasoned decision.[2] Accordingly, we affirm.

---

1. The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Jeffrey J. Keyes, United States Magistrate Judge for the District of Minnesota.

---

2. We decline to consider the new matters Ms. McNamar (Schmidt) raises on appeal. *See Stone v. Harry,* 364 F.3d 912, 914–15 (8th Cir.2004).